# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TRISTIAN SMITH-KENNEDY, | Case No. 2:13-cv-0960-APG-NJK |
| Plaintiff, | **Order Dismissing Case** |
| v. | |
| INTERNAL REVENUE SERVICE, | |
| Defendant. | |

On September 4, 2013, Magistrate Judge Koppe entered her Order [Dkt. #3] dismissing Plaintiff's Complaint [Dkt #1-1] without prejudice. Plaintiff was permitted until October 4, 2013 to file an Amended Complaint correcting the deficiencies in the original Complaint, which were pointed out in Magistrate Judge Koppe's Order. Plaintiff failed to file an Amended Complaint by October 4, so on October 10 Magistrate Judge Koppe issued a Report and Recommendation [Dkt. #8] recommending that this case be dismissed. Plaintiff did not object to that Report and Recommendation, but on November 19 he filed an Amended Complaint [Dkt. #11].

The court has reviewed the Amended Complaint and the matters set forth in Judge Koppe's Order and in her subsequent Report and Recommendation. The Amended Complaint deletes most of the factual allegations contained in the original Complaint, but it contains almost no facts to support any claims against the Defendant. Moreover, the Amended Complaint again attempts to improperly assert a claim against the Internal Revenue Service based upon 42 U.S.C. § 1983, and fails to prove that the

United States consented to be sued (to the extent the Amended Complaint attempts to allege claims not based on violations of 42 U.S.C. § 1983).  Magistrate Judge Koppe's Order [Dkt. #3] explains in detail why these defects were fatal to the original Complaint. Those same fatal defects apply to the Amended Complaint.  Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation [Dkt. #8] is accepted.

**IT IS FURTHER ORDERED** that Plaintiff's Amended Complaint is DISMISSED. The Clerk of the Court is directed to enter Judgment accordingly.

Dated:  December 17, 2013.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE